U.S. Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| United States of America | 07-0978 |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| ONE 2001 CHEVROLET TAHOE AUTOMOBILE, VIN NUMBER 1GNEK13T81J234532 and $12,237.00 in U.S. CURRENCY | Verified Complaint & Warrant of Arrest in Rem |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
$12,237.00 in U.S. Currency                                                  defendant

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Barry Wiegand
William R. Cowden
Assistant U.S. Attorneys
555 4th Street, N.W., Room 4818
Washington, D.C. 20530

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 2 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Asset ID #07-FBI-000433

| Signature of Attorney or other Originator requesting service on behalf of: BARRY WIEGAND | X PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER (202) 307-0299 | DATE 5/25/07 |
|---|---|---|---|

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 16 | District to Serve No. 16 | Signature of Authorized USMS Deputy or Clerk | Date 5/25/07 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)
INV. ANDY KENESS   US PARK POLICE

Address (complete only if different than shown above)

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Date of Service: 5/29/07   Time: 11:50 pm
Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| | | | | | | |

REMARKS:

PRIOR EDITIONS MAY BE USED          **1. CLERK OF THE COURT**          FORM USM-285 (Rev. 12/15/80)

U.S. Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| United States of America | CA07-00978 |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| ONE 2001 CHEVROLET TAHOE AUTOMOBILE, VIN NUMBER 1GNEK13T81J234532 and $12,237.00 IN U.S. CURRENCY | Verified Complaint & Warrant of Arrest in Rem |

**SERVE**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
One 2001 Chevrolet Tahoe Automobile, VIN — defendant

**AT**
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
Number 1GNEK13T81J234532 — Park Police

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Barry Wiegand
William R. Cowden
Assistant U.S. Attorneys
555 4th Street, N.W., Room 4818
Washington, D.C. 20530

| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 2 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Asset ID #07-FBI-000431

RECEIVED MAY 25 P 2:22

Signature of Attorney or other Originator requesting service on behalf of:
BARRY WIEGAND /s/ Barry Wiegand
☒ PLAINTIFF
☐ DEFENDANT
TELEPHONE NUMBER: (202) 307-0299
DATE: 5/25/07

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 6 | District to Serve No. 6 | Signature of Authorized USMS Deputy of Clerk | Date 5/25/07 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above):
INV. ANDY KENESS US. PARK POLICE

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above):

Date of Service: 5/29/07   Time: 11:50 am

Signature of U.S. Marshal or Deputy: DUSM [signature]

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |

REMARKS:

**PRIOR EDITIONS MAY BE USED**   1. **CLERK OF THE COURT**   FORM USM-285 (Rev. 12/15/80)