UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| United States of America,<br>555 Fourth St. N.W.<br>Washington, D.C. 20530<br><br>    Plaintiff,<br><br>v.<br><br>One 2001 Chevrolet Tahoe<br>Automobile, VIN Number<br>1GNEK13T81J234532<br><br>And<br><br>$12,237.00 IN UNITED STATES CURRENCY<br><br>    Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)   07-978 ESH<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## VERIFIED CLAIM OF OWNERSHIP

July 16, 2007

  This letter is being written in response to a forfeiture notice that I received regarding property and currency that was seized by USPP on October 25, 2006. Per the letter, I would like to file a claim of ownership with the United States District Court and contest the forfeiture of the property. The Case Number is 07-CV-00978. One item is a 2001 Chevy Tahoe Truck appraised at $10,975.00. The other items are listed as currency found in the vehicle in the amount of $12,237.00 and $972.00 taken from my person.

  I am asking for the return of the vehicle. There are numerous items within the vehicle such as a child car seat, a US passport, tools for my construction business, letters bank statements and many other items. There is no lien holder on the vehicle itself, but it is a major part of the construction business that I run and is used for transportation of materials and employees to various job sites.

  The currency that was seized in the vehicle is money received from a legitimate refinance of property that I own in the District. I received a cash-out after refinancing for renovation of the previously mentioned home a short time before my property was seized by the USPP. I can provide bank statements, copies of checks and any other necessary

RECEIVED
JUL 1 6 2007
NCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

information to prove this upon request. I am requesting a release of the vehicle, its contents and the currency based on what I have stated above. The seizure of the vehicle has placed a hardship on my family. We have had to purchase replacement items for our son, such as a car seat and some clothing. Contacts, business contracts, tax records and productivity software were also lost as a result of the seizure of the laptop.

At this time, I would like to apologize for this correspondence if it is not being submitted under the normal procedures. I was informed by the attorney defending me in the subsequent criminal matter that he does not handle civil cases and would not be able to handle the filing of this claim/request. I am currently seeking a professional attorney to assist me in this matter, but financial constraints and lack of attorney availability have not allowed me to retain one as of yet.

Shaun Robinson
1967 Buckwheat Court
Odenton, Maryland
21113
301-960-4466 home
202-903-1832 cell

_[signed]_ Defendant
Shaun Robinson  7-15-07

## Certificate of Service

I, Shaun Robinson, will mail a copy of this verified claim of ownership to Barry Wiegand, U.S. Attorney's office, 555 4th Street N.W. Washington, DC 20001.

_[signed] Shaun R._