UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | Civil Action No. 07-978 (ESH) |
|     555 Fourth Street, N.W. | : | |
|     Washington, DC 20530 | : | |
| | : | |
|     **Plaintiff,** | : | |
| | : | |
|     v. | : | |
| | : | |
| **ONE 2001 CHEVROLET TAHOE** | : | |
| **AUTOMOBILE, VIN NUMBER** | : | |
| **1GNEK13T81J234532** | : | |
| | : | |
|     and | : | |
| | : | |
| **$12,237.000 IN UNITED STATES CURRENCY,** | : | |
| | : | |
|     **Defendants.** | : | |

### UNOPPOSED MOTION FOR EXTENSION
### OF TIME TO FILE ANSWER

COMES NOW, claimant Shaun Robinson, through the Federal Public Defender, to respectfully request that the court extend the time for thirty (30) days for serving and filing an answer to the complaint in this matter. As grounds wherefore, claimant respectfully states as follows:

    1.    On May 25, 2007, the plaintiff, the United States of America, filed its complaint in this matter.

    2.    On July 16, 2007, claimant filed a verified claim of ownership in the property described in the complaint.

    3.    Under Supp. R. Admir. Mar. Claims & Asset Fort. Act. 5(b), claimant's answer would be due August 6, 2007, which is 20 days after his claim was filed.

4. The status of representation of claimant in this matter is uncertain at the present time.

5. This extension is requested in order to allow time to obtain counsel for claimant and to allow counsel to file an answer to the complaint.

6. Undersigned counsel has spoken with counsel for plaintiff, Assistant United States Attorney Barry Wiegand, who stated that he does not oppose this 30-day extension.

7. WHEREFORE, claimant prays that he be given an additional thirty days, to and including September 5, 2007, within which to file his answer.

Respectfully submitted,

"/s/"
_____
A.J. KRAMER
FEDERAL PUBLIC DEFENDER
625 Indiana Avenue, NW
Suite 550
Washington, DC 20004
(202) 208-7500

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | Civil Action No. 07-978 (ESH) |
|    555 Fourth Street, N.W. | : | |
|    Washington, DC 20530 | : | |
| | : | |
|    **Plaintiff,** | : | |
| | : | |
|    v. | : | |
| | : | |
| **ONE 2001 CHEVROLET TAHOE** | : | |
| **AUTOMOBILE, VIN NUMBER** | : | |
| **1GNEK13T81J234532** | : | |
| | : | |
|    and | : | |
| | : | |
| **$12,237.000 IN UNITED STATES CURRENCY,** | : | |
| | : | |
|    **Defendants.** | : | |

**ORDER**

Claimant Shaun Robinson's motion for an extension of time of thirty days to file his answer in this matter is hereby GRANTED.

Claimant's answer shall be filed on or before September 5, 2007.

IT IS SO ORDERED.


DATE: _____, 2007

                                                               ELLEN SEGAL HUVELLE
                                                              UNITED STATES DISTRICT JUDGE

Case 1:07-cv-00978-ESH     Document 4-2     Filed 07/31/2007     Page 2 of 2