## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Civil Action No. 07-00978 (ESH)** |
| | ) | |
| **ONE 2001 CHEVROLET TAHOE** | ) | |
| **AUTOMOBILE, VIN NUMBER** | ) | |
| **1GNEK13T81J234532** | ) | |
| | ) | |
| **and** | ) | |
| | ) | |
| **$12,237.00 IN UNITED STATES CURRENCY,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| _____ | ) | |
| **SHAUN ROBINSON,** | ) | |
| | ) | |
| **Claimant.** | ) | |
| _____ | ) | |

### STIPULATED SETTLEMENT

***COMES NOW***, the United States of America, by and through its attorney, the United States Attorney for the District of Columbia, together with counsel for claimant, Mr. A.J. Kramer, Esq., Federal Public Defender, respectfully to notify the Court that all parties to this case have assented to an agreement that will dispose of all issues contested between them in this action, resulting ultimately in its dismissal.[1]

---

[1] On May 25, 2007, the plaintiff United States government filed this civil forfeiture action *in rem*, seeking to forfeit the defendant automobile and currency. Police had seized the vehicle and cash during a traffic stop on Wednesday, October 25, 2006, at about 5:15 p.m., near the 300 block of 33rd Street, S.E., Washington, D.C. Claimant Shaun Robinson had been driving the car. The United States published notice of the judicial forfeiture action in The Washington Times on June 19, 2007, complying fully with applicable local rules of this Court and the Federal Rules of Civil Procedure, in particular Rule G(4)(a) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions. (Notice of possible forfeiture by administrative process earlier had been published three times in December 2006 and January 2007 in The Wall Street Journal.)

The terms of the agreement between the parties to this Stipulation are as follows:

I.     Within seven days of the Court's entry of the attached proposed order of settlement, plaintiff shall notify the custodian of the defendant 2001 Chevrolet Tahoe Automobile, Vin Number 1GNEK13T81J234532, to release it to claimant Shaun Robinson.

II.    Plaintiff earlier deposited the defendant $12,237.00 in U.S. Currency into a special account, and the funds have identification number, 07-FBI-000433. Within 21 days of the docketing of the attached order by this Court, this $12,237.00 shall be paid to a party identified by the United States Probation Office for the U.S. District Court for the District of Columbia based on the restitution ordered in United States v. Shaun A. Robinson, Cr. No. 02-0101-01 (EGS) in the U.S. District Court for the District of Columbia. The U.S. Probation Office shall then make a credit in claimant's behalf for the restitution ordered in United States v. Shaun A. Robinson, Cr. No. 02-0101-01 (EGS). Any interest that has accrued because of the deposit of the $12,237.00 shall be forfeited to plaintiff.

III.   Claimant further agrees to waive forever any present or future right to bring any suit against the United States and any of its agencies, officers, employees, and agents for any cause of action related to the seizure of the defendant property or to this federal forfeiture action against the defendant property, or to the underlying facts of this case.

IV.    The Parties agree that each shall bear its own court costs and legal expenses, and that neither party shall take any action or make any claim for fees, costs, or payments on account of fees owed to counsel.

In making this Stipulated Settlement, the Parties represent that : (1) they had a reasonable time to consider its terms and conditions; (2) they make this Stipulated Settlement voluntarily, with full knowledge of its significance, effects, and consequences, and without duress, threat, coercion, intimidation, promise, or inducement other than the terms and conditions set forth herein; and (3)

---

On July 18, 2007, Shaun Robinson entered this action by filing a claim to the defendant properties. The Court's docket sheet reflects that no other person has filed a claim for either of the defendant properties, and the time for filing claims has expired, so no other person properly may enter this case or become a party to it. Besides the U.S. government plaintiff and the defendant properties, claimant Robinson is the only other party to this action. Thus, this Stipulated Settlement, together with entry of the attached Order, which the parties request, will dispose of this action entirely.

the signatories for claimant and the United States are authorized to execute this Stipulation and have

full authority to bind that Party represented.

The Parties acknowledge that this Stipulated Settlement sets forth their full and complete

understanding about the resolution of this judicial action and the claims raised in it.  By executing

this Stipulated Settlement, the Parties further acknowledge that they each understand its terms; that

such terms are acceptable to each; that there are no additional obligations, either written or oral, to

be performed by either Party beyond those set forth herein; that such terms are final and binding as

to all claims that have been brought or could have been advanced on behalf of Claimant against

plaintiff or in relation to the defendant 2001 Chevrolet Tahoe Automobile, Vin Number

1GNEK13T81J234532, and the defendant $12,237.00 in U.S. currency.  To effect this settlement

and to record the Court's approval, the Parties ask this Court to enter the attached proposed order.

     WE ASK FOR THIS:

| | |
|---|---|
| /s/ | /s/ |
| A.J. KRAMER, Bar No. 429367 | JEFFREY TAYLOR, Bar No. 498610 |
| Federal Public Defender | United States Attorney |
| Counsel for Claimant Shaun A. Robinson | |
| 625 Indiana Avenue, N.W., Suite 550 | |
| Washington, D.C.  20004 | |
| (202) 208-7500 (Office) | /s/ |
| (202) 208-7515 (fax) | WILLIAM R. COWDEN, Bar No. 426301 |
| | Assistant United States Attorneys |
| /s/ | 555 4thStreet, N.W., 4th Floor |
| SHAUN A. ROBINSON | Washington, D.C. 20530 |
| Claimant | (202) 307-0299; (202) 514-8707 (fax) |

-4-

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Civil Action No. 07-00978 (ESH)** |
| | ) | |
| **ONE 2001 CHEVROLET TAHOE** | ) | |
| **AUTOMOBILE, VIN NUMBER** | ) | |
| **1GNEK13T81J234532** | ) | |
| | ) | |
| **and** | ) | |
| | ) | |
| **$12,237.00 IN UNITED STATES CURRENCY,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| ————————————————————— | ) | |
| **SHAUN ROBINSON,** | ) | |
| | ) | |
| **Claimant.** | ) | |
| ————————————————————— | ) | |

## ORDER

Plaintiff, the United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and Claimant Shaun Robinson ("Claimant" or "Robinson"), by and through counsel, Mr. A.J. Kramer, Esq., Federal Public Defender, notified the Court through a Stipulated Settlement that the parties have agreed to settle this civil action.

The record in this case reflects that notice of the seizure of the property involved in this civil forfeiture action, the defendant 2001 Chevrolet Tahoe Automobile, Vin Number 1GNEK13T81J234532, and the defendant $12,237.00 in United States currency (hereafter "defendant property"), was published in <u>The Washington Times</u> on June 19, 2007, and that notice of possible forfeiture by administrative process earlier had been published three times in December 2006 and January 2007 in <u>The Wall Street Journal</u>, complying fully with applicable local rules of

this Court and the Federal Rules of Civil Procedure, in particular Rule G(4)(a) of the Supplemental

Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions. Shaun Robinson was the

only person who filed a claim in this case. Therefore, the Stipulated Settlement resolves all

controverted issues in this case.

     The terms and conditions of the Stipulated Settlement are as follows:

I.     Within seven days of the Court's entry of the attached proposed order of settlement, plaintiff shall notify the custodian of the defendant 2001 Chevrolet Tahoe Automobile, Vin Number 1GNEK13T81J234532, to release it to claimant Shaun Robinson.

II.     Plaintiff earlier deposited the defendant $12,237.00 in U.S. Currency into a special account, and the funds have identification number, 07-FBI-000433. Within 21 days of the docketing of the attached order by this Court, this $12,237.00 shall be paid to a party identified by the United States Probation Office for the U.S. District Court for the District of Columbia based on the restitution ordered in United States v. Shaun A. Robinson, Cr. No. 02-0101-01 (EGS) in the U.S. District Court for the District of Columbia. The U.S. Probation Office shall then make a credit in claimant's behalf for the restitution ordered in United States v. Shaun A. Robinson, Cr. No. 02-0101-01 (EGS). Any interest that has accrued because of the deposit of the $12,237.00 shall be forfeited to plaintiff.

III.     Claimant further agrees to waive forever any present or future right to bring any suit against the United States and any of its agencies, officers, employees, and agents for any cause of action related to the seizure of the defendant property or to this federal forfeiture action against the defendant property, or to the underlying facts of this case.

IV.     The Parties agree that each shall bear its own court costs and legal expenses, and that neither party shall take any action or make any claim for fees, costs, or payments on account of fees owed to counsel.

     ***NOW THEREFORE***, in consideration of the entire record in this case and the consent and

agreement between the United States and Claimant, and in final resolution of all remaining contested

issues as to right, title, and interest to the defendant the defendant 2001 Chevrolet Tahoe

Automobile, Vin Number 1GNEK13T81J234532, and the defendant $12,237.00 in United States

-2-

currency , it is hereby

      ***ORDERED, ADJUDGED AND DECREED***, that  the Stipulated Settlement is accepted and approved, and that the defendant 2001 Chevrolet Tahoe Automobile, Vin Number 1GNEK13T81J234532, shall be released to claimant Shaun Robinson in accordance with the terms set forth above; and it is

      ***FURTHER ORDERED***, that within 21 days of the docketing of this order, this $12,237.00 shall be paid to a party identified by the United States Probation Office for the U.S. District Court for the District of Columbia based on the restitution ordered in <u>United States</u> v. <u>Shaun A. Robinson</u>, Cr. No. 02-0101-01 (EGS) in the U.S. District Court for the District of Columbia.  The U.S. Probation Office shall then make a credit in claimant's behalf for the restitution ordered in <u>United States</u> v. <u>Shaun A. Robinson</u>, Cr. No. 02-0101-01 (EGS); and it is

      ***FURTHER ORDERED***, that any interest or other such funds attributable to the defendant property, $12,237.00 in United States currency, is hereby adjudged and decreed forfeit to plaintiff United States to be disposed of in accordance with law; and it is

      ***FURTHER ORDERED***, that the above-captioned case is DISMISSED, except that the Court shall retain jurisdiction to enforce the provisions of the Stipulated Settlement.

      The Clerk is hereby directed to send a certified copy of this Order to all counsel of record ,

to the United States Probation Office, and to the United States Marshals Service.

ENTERED on this _____ day of _____, 2007.


_____
ELLEN S. HUVELLE,
UNITED STATES DISTRICT JUDGE

Copies to:

U.S. District Judge Emmet G. Sullivan          United States Marshals Service
U.S. Probation Office (Attn: Ms. Erin Byrne, USPO)

William R. Cowden and Barry Wiegand          A.J. Kramer, Esq.
Assistant United States Attorneys            Federal Public Defender
555 4th Street, N.W., 4th Floor              625 Indiana Avenue, N.W., Suite 550
Washington, D.C. 20001                       Washington, D.C. 20004
(202) 307-0299; (202) 514-8707 (fax)         (202) 208-7500; (202) 208-7515 (fax)
William.B.Wiegand@USDoJ.Gov                  A._J._Krramer@FD.Org