## UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 07-00978 (ESH) |
| | ) | |
| ONE 2001 CHEVROLET TAHOE | ) | |
| AUTOMOBILE, VIN NUMBER | ) | |
| 1GNEK13T81J234532 | ) | |
| | ) | |
| and | ) | |
| | ) | |
| $12,237.00 IN UNITED STATES CURRENCY, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |
| SHAUN ROBINSON, | ) | |
| | ) | |
| Claimant. | ) | |
| _____ | ) | |

FILED

SEP 1 9 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## ORDER

Plaintiff, the United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and Claimant Shaun Robinson ("Claimant" or "Robinson"), by and through counsel, Mr. A.J. Kramer, Esq., Federal Public Defender, notified the Court through a Stipulated Settlement that the parties have agreed to settle this civil action.

The record in this case reflects that notice of the seizure of the property involved in this civil forfeiture action, the defendant 2001 Chevrolet Tahoe Automobile, Vin Number 1GNEK13T81J234532, and the defendant $12,237.00 in United States currency (hereafter "defendant property"), was published in The Washington Times on June 19, 2007, and that notice of possible forfeiture by administrative process earlier had been published three times in December 2006 and January 2007 in The Wall Street Journal, complying fully with applicable local rules of

this Court and the Federal Rules of Civil Procedure, in particular Rule G(4)(a) of the Supplemental

Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions. Shaun Robinson was the

only person who filed a claim in this case. Therefore, the Stipulated Settlement resolves all

controverted issues in this case.

The terms and conditions of the Stipulated Settlement are as follows:

I.  Within seven days of the Court's entry of the attached proposed order of settlement, plaintiff shall notify the custodian of the defendant 2001 Chevrolet Tahoe Automobile, Vin Number 1GNEK13T81J234532, to release it to claimant Shaun Robinson.

II.  Plaintiff earlier deposited the defendant $12,237.00 in U.S. Currency into a special account, and the funds have identification number, 07-FBI-000433. Within 21 days of the docketing of the attached order by this Court, this $12,237.00 shall be paid to a party identified by the United States Probation Office for the U.S. District Court for the District of Columbia based on the restitution ordered in United States v. Shaun A. Robinson, Cr. No. 02-0101-01 (EGS) in the U.S. District Court for the District of Columbia. The U.S. Probation Office shall then make a credit in claimant's behalf for the restitution ordered in United States v. Shaun A. Robinson, Cr. No. 02-0101-01 (EGS). Any interest that has accrued because of the deposit of the $12,237.00 shall be forfeited to plaintiff.

III.  Claimant further agrees to waive forever any present or future right to bring any suit against the United States and any of its agencies, officers, employees, and agents for any cause of action related to the seizure of the defendant property or to this federal forfeiture action against the defendant property, or to the underlying facts of this case.

IV.  The Parties agree that each shall bear its own court costs and legal expenses, and that neither party shall take any action or make any claim for fees, costs, or payments on account of fees owed to counsel.

*NOW THEREFORE*, in consideration of the entire record in this case and the consent and

agreement between the United States and Claimant, and in final resolution of all remaining contested

issues as to right, title, and interest to the defendant the defendant 2001 Chevrolet Tahoe

Automobile, Vin Number 1GNEK13T81J234532, and the defendant $12,237.00 in United States

currency , it is hereby

*ORDERED, ADJUDGED AND DECREED*, that the Stipulated Settlement is accepted and approved, and that the defendant 2001 Chevrolet Tahoe Automobile, Vin Number 1GNEK13T81J234532, shall be released to claimant Shaun Robinson in accordance with the terms set forth above; and it is

*FURTHER ORDERED*, that within 21 days of the docketing of this order, this $12,237.00 shall be paid to a party identified by the United States Probation Office for the U.S. District Court for the District of Columbia based on the restitution ordered in United States v. Shaun A. Robinson, Cr. No. 02-0101-01 (EGS) in the U.S. District Court for the District of Columbia. The U.S. Probation Office shall then make a credit in claimant's behalf for the restitution ordered in United States v. Shaun A. Robinson, Cr. No. 02-0101-01 (EGS); and it is

*FURTHER ORDERED*, that any interest or other such funds attributable to the defendant property, $12,237.00 in United States currency, is hereby adjudged and decreed forfeit to plaintiff United States to be disposed of in accordance with law; and it is

*FURTHER ORDERED*, that the above-captioned case is DISMISSED, except that the Court shall retain jurisdiction to enforce the provisions of the Stipulated Settlement.

The Clerk is hereby directed to send a certified copy of this Order to all counsel of record

,

to the United States Probation Office, and to the United States Marshals Service.

ENTERED on this 19 day of September, 2007.

*Ellen S Huvelle*

ELLEN S. HUVELLE,
UNITED STATES DISTRICT JUDGE

Copies to:

U.S. District Judge Emmet G. Sullivan          United States Marshals Service
U.S. Probation Office (Attn: Ms. Erin Byrne, USPO)

William R. Cowden and Barry Wiegand          A.J. Kramer, Esq.
Assistant United States Attorneys            Federal Public Defender
555 4th Street, N.W., 4th Floor              625 Indiana Avenue, N.W., Suite 550
Washington, D.C. 20001                       Washington, D.C. 20004
(202) 307-0299; (202) 514-8707 (fax)         (202) 208-7500; (202) 208-7515 (fax)
William.B.Wiegand@USDoJ.Gov                  A._J._Krramer@FD.Org